IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRYL N. JONES,　　　　　　　　　　　　　　No. C 11-06698 SBA (PR)

　　　　Petitioner,　　　　　　　　　　　　　　　　**JUDGMENT**

　v.

GARY SWARTHOUT, Warden,

　　　　Respondent.
_____/

　　Pursuant to the Court's Order Granting Respondent's Motion to Dismiss Petition,

　　IT IS HEREBY ORDERED THAT final judgment is entered for the Respondent.

　　IT IS SO ORDERED.

DATED:   1/18/13

　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

L:\PRO-SE\SBA\HC.11\Jones 6698 .jud.wpd

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DARRYL N. JONES,

        Plaintiff,

v.

GARY SWARTHOUT et al,

        Defendant.

Case Number: CV11-06698 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 18, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl N. Jones G-49981
California State Prison - Vacaville
P.O. Box 4000
Vacaville, CA 95696

Dated: January 18, 2013

        Richard W. Wieking, Clerk
        By: Lisa Clark, Deputy Clerk